IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER, | |
| Plaintiff, | 8:21CV211 |
| vs. | |
| KEN PREY, Administrator; BRAD JOHNSON, Director of Administrations; MR. CRAPO, Religous Cordnator; WILSON, Officer; JENKINS, A.P.R.N.; STEPHENIE LAST NAME UNKNOWN, Mental Health LMHP; LINTON N. BAKER, Inmate; FOUR UNKNOWN INMATES, and DAWNING, Officer; | ORDER |
| Defendants. | |

This matter is before the court on Plaintiff's Motion for Status. (Filing 6.) Plaintiff asks if the court has sent "an application AO 240 Form, or an update of approval of In Forma Pauperis." (*Id*.) On June 29, 2021, the court entered an order denying Plaintiff's "leave to proceed in forma pauperis" (filing 2) as it failed to comply with 28 U.S.C. § 1915 and directed Plaintiff to submit the $402.00 filing and administrative fees to the clerk's office or submit a request to proceed in forma pauperis within 30 days. (Filing 8.) The court also directed the clerk of the court to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit"). Accordingly,

IT IS ORDERED that: Plaintiff's Motion for Status (filing 6) is denied as moot.

Dated this 30th day of June, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge