IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AUSTIN EDWARD LIGHTFEATHER,<br><br>Plaintiff,<br><br>vs.<br><br>KEN PREY, Administrator, in their individual capacity; BRAD JOHNSON, Director of Administrations, in their individual capacity; MR. CRAPO, Religous Cordnator, in their individual capacity; JENKINS, A.P.R.N., in their individual capacity; STEPHENIE LAST NAME UNKNOWN, Mental Health LMHP, in their individual capacity; LINTON N. BAKER, Inmate, in their individual capacity; DAWNING, Officer, in their individual capacity; OFFICER SPEKA, in their individual capacity; ROBERT HAZE, Inmate, in their individual capacity; TRAVIS GOLDEN, Inmate, in their individual capacity; CORNILEOUS WEAVER, Inmate, in their individual capacity; and JOHN THOMSON, Inmate, in their individual capacity;<br><br>Defendants. | 8:21CV211<br><br>**MEMORANDUM AND ORDER** |

      On March 3, 2022, the court ordered Plaintiff to file an amended complaint within 30 days, in the absence of which the court would dismiss this case without further notice to Plaintiff. (Filing 15 at CM/ECF p. 12.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED that this matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by separate document.

DATED this 8th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge